

SEP 3 0 2009

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:07CR47-V |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| ANTONIO MARTINEZ | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment as to defendant **ANTONIO MARTINEZ** in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Federal Defender's Office and the United States Attorney's Office.

This _29th_ day of September, 2009.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE